FERDINAND J. SELISSEN & another *vs.* EMPIRE BOTTLING CO., INC. Feb-
ruary 15, 1962. Exceptions overruled. The female plaintiff, a customer
in a provision market, was cut by shattered glass from an exploded bottle
of carbonated beverage. The defendant in this action of tort was engaged
in the business of bottling and selling soft drinks, some of which were on
sale at the market. If it be assumed that the exploded bottle came from
the defendant, a verdict was nevertheless rightly directed for it. Even if
the excluded answers to interrogatories had been admitted (compare *Fal-
zone* v. *Burgoyne,* 317 Mass. 493, 498), the plaintiff did not satisfy the
burden of showing that there had been no mishandling after the bottle left
the control of the defendant. *Evangelio* v. *Metropolitan Bottling Co. Inc.*
339 Mass. 177, 183.

The case was submitted on briefs.

*Louis Kobrin,* for the plaintiffs.

*John F. Drum,* for the defendant.


COMMONWEALTH *vs.* KENNETH E. ABRAMSON. February 16, 1962. Ap-
peal dismissed. On September 18, 1957, the defendant, who was repre-
sented by counsel, pleaded guilty to an indictment charging robbery while
armed. Thereupon, a sentence of not more than fifteen years nor less
than twelve years at the Correctional Institution at Walpole was imposed.
The defendant at that time was notified of his right to request leave to
appeal to the Appellate Division (G. L. c. 278, §§ 28A–28D, inserted by
St. 1943, c. 558, § 1, as amended) on the matter of sentence, but he never
exercised that right. On April 3, 1961, more than three and one half
years later, the defendant filed in the Superior Court a motion for a copy
of the transcript and a motion for the waiving of filing fees. Both mo-
tions were denied and the defendant appealed. G. L. c. 278, § 28. The
appeal is not properly here, for it is not from a "judgment . . . founded
upon matter of law apparent upon the record."

*Kenneth E. Abramson,* pro se, filed a brief.

*Gerald F. Muldoon,* Assistant District Attorney, for the Commonwealth.